645 A.2d 786

IN THE MATTER OF ANTHONY J. CAVUTO,
AN ATTORNEY AT LAW.

August 17, 1994.

## ORDER TO SHOW CAUSE

The Office of Attorney Ethics having filed a petition with the Court seeking an order directing **ANTHONY J. CAVUTO** of **MOUNT HOLLY** to show cause why he should not be temporarily suspended from the practice of law pending the conclusion of ethics proceedings against him, and good cause appearing;

It is ORDERED that **ANTHONY J. CAVUTO** show cause before this Court on September 12, 1994, at 2:00 p.m., Supreme Court courtroom, Hughes Justice Complex, Trenton, why he should not be temporarily suspended from practice and why the Office of Attorney Ethics should not take protective action, pursuant to *Rule* 1:20–11(c), as may be appropriate to gain possession and control of respondent's legal files, records, practice and trust assets; and it is further

ORDERED that a co-signatory for respondent's attorney trust account be named forthwith, that co-signatory to be approved by the Office of Attorney Ethics; and it is further

ORDERED that David E. Johnson, Jr., Esquire, or his designee, present this matter to the Court.